E-FILED
Monday, 06 July, 2020 03:41:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 20-MJ-7081

SHAMAR N. BETTS

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the Defendant, it is ordered that the detention hearing is set for July 9, 2020[1] at 2:00 p.m. before the Honorable Eric I. Long, by video. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: July 6, 2020

      s/ Eric I. Long
ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the condition set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.